IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARD EDWARD BROWN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0603-BH-C |
| KEVIN DUDECK, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

**DONE** this 21st day of February, 2006.

                                                        s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE